# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Lisa Barrett,<br>     Plaintiff<br>v.<br><br>Guild Mortgage Company,<br>     Defendant. | No.: 2:17-cv-03284-DCN<br><br>**Order Approving Settlement** |

Upon consideration and approval of the Joint Motion and Memorandum of Law Approve Settlement Agreement and Dismissal with Prejudice, it is hereby ORDERED that the Motion is GRANTED; and the Court hereby enters the following Order:

(1) the Agreement reflects a reasonable compromise of a *bona fide* dispute with respect to liability and amount of the same under the Fair Labor Standards Act;

(2) the Agreement was negotiated at arm's length in an adversarial context in which both parties were represented by competent, experienced counsel; and

(3) the totality of the Agreement is fair and reasonable to both parties.

**AND IT IS SO ORDERED.**

                                          **DAVID C. NORTON**
                                          **UNITED STATES DISTRICT JUDGE**

**March 30, 2018**
**Charleston, South Carolina**